■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SINK, Appellant.— Motion granted to prosecute appeal on one typewritten copy of record, an original and five typewritten copies of the judgment roll and five typewritten copies of appellant's brief.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT THOMAS SMITH, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appeal dismissed, without costs, on stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL TODZIA, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appellant's application treated as one for reargument of motion to prosecute appeal as poor person, and application denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR YOX, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COPELAND, Appellant.— Motion for assignment of counsel and to provide appellant with stenographic minutes of trial granted to extent that Robert E. Switzer, Esq., is assigned as counsel; otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MC-CRACKEN, Appellant.— Motion granted to appeal on original record, typed briefs, and James Richards, Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. LIPINCZYK, Appellant.— Motion to dismiss appeal denied. On court's own motion, order of April 5, 1962 vacated and motion granted to prosecute appeal on original papers, typewritten briefs, and Frank Nicosia, Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY THOMAS, Appellant.— Motion for reargument granted, and on reargument, motion granted to prosecute appeal on original record, typewritten briefs and Herbert Cheiffetz, Esq., assigned as counsel. The question of timeliness of filing the notice of appeal may be raised by the District Attorney on argument of the appeal.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BARBER. (Anthony J. Langan, Esq.)   (B) THE PEOPLE OF THE STATE OF NEW YORK v. GLENN M. BLISS (Howard L. Meyer, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. NEAL BOYE. (No Counsel.)   (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT BUCK. (Joseph S. Guadagnino, Esq.)   (E) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE CAPUANO. (Harold Cohen, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE COOK. (Laurence Finn, Esq.)   (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN EARL v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Richard Kharas, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH JOHN JONES. (John J. Curran, Esq.)   (I) THE PEOPLE OF THE STATE OF NEW YORK v. PAT LANZONE. (No Counsel.)   (J) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD NOTEMAN. (James M. Carlo, Esq.)   (K) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER QUINTERO v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Rudolph Parr, Esq.)   (L) THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE L. RANOUS. (David C. Linehan, Esq.)   (M) THE PEOPLE OF THE STATE OF NEW YORK v. CARL A. NEPHEW. (Stephen B. Hughes, Esq.)

[In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned if indicated.—

■ CHARLES W. BLACKMORE, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Defendants. (And Three Other Actions).— Motion for a stay granted as to Judge Gorman's order dismissing the complaint as to Allied